## WRIGHT & COMPANY. *v.* BOWSER & COMPANY.

*Lumpkin, J.*—This case turned mainly upon questions of fact; and there being no complaint that any error of law was committed at the trial, and the ground of the motion for a new trial relating to newly discovered evidence being without merit, the verdict, which was supported by the testimony and approved by the trial judge, will not be set aside by this court.

August 5, 1895.                                    *Judgment affirmed.*

Complaint on account. Before Judge Turnbull. City court of Floyd county. September term, 1894.

*Hal Wright*, for plaintiffs in error.

*Reece & Denny*, contra.

---

## PARKS *v.* RAGAN.

*Atkinson, J.*—It not being alleged in the motion for a new trial that any error of law was committed at the trial, and the verdict being fully sustained by the evidence, and consistent with the substantial justice of the case, there was no error in refusing to set it aside.                     *Judgment affirmed.*

August 5, 1895.

Garnishment. Before Judge Henry. Floyd superior court. September term, 1894.

*Dean & Dean*, for plaintiff.

*Reece & Denny*, for defendant.

---

## BARNHART *v.* V. S. & G. A. HALL.

*Atkinson, J.*—The verdict being strongly supported by the evidence, and no error having been committed by the judge, either in his instructions to the jury, or in the admission of evidence, his discretion in refusing a new trial will not be disturbed.

August 12, 1895.                                  *Judgment affirmed.*

Complaint on account. Before Judge Jenkins. Greene superior court. August term, 1894.

*S. H. Sibley*, for plaintiff in error.

*H. T. Lewis*, contra.